UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 05-316-2 DSF |
| | ) | |
| Plaintiff, | ) | DETENTION ORDER |
| | ) | (18 U.S.C. Section 3142) |
| v. | ) | |
| | ) | |
| MARLYN HINDERS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

After hearing on motion of the attorney for the Government in a case involving serious risk defendant will flee;

The Court finds no condition or combination of conditions will reasonably assure the appearance of defendant as required.

The Court has considered:

A. the nature and circumstances of the offense;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant;

D. the nature and seriousness of the danger to any person or the community.

The Court concludes:

A. There is a serious risk that defendant will flee because he intentionally remained in Mexico for the past 6 years despite knowing he had charges pending against him in the Untied States; it is likely he has contacts in Mexico that would allow him to flee there and avoid prosecution; he has significant financial resources, including resources in foreign bank accounts; he has traveled extensively abroad; he has been a fugitive since the filing of the indictment; the potential sentence in this case is such that defendant might spend the rest of his life - or at least a significant amount of time - in prison.

B. Defendant's medical issues can be adequately treated while he is in custody.

IT IS ORDERED, for these and the other reasons stated on the record, that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or persons being held in custody pending appeal. IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel. IT IS FURTHER ORDERED that defendant be delivered to the United States Marshal for the purpose of appearance in connection with a court proceeding.

DATE: 7/7/11

_____
DALE S. FISCHER
United States District Judge